UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tom Roy, Kathryn Halvorson, Nola Karow, Nanette Larson, Michelle Jaeckels, Jeffrey, Haffely, Dahlen (First Name Unknown), Centurion Of Minnesota L.L.C., David A. Paulson, Blanchard (First Name Unknown), Darrin Haugland, Doctor Felt (First Name Unknown), Anagram International, Heather Hanson, Ottman (First Name Unknown), Unknown Department Of Corrections Employees, Unknown MINNCOR Employees, Unknown Centurion Of Minnesota LLC Employees, Unknown Anagram International Employees,<br><br>　　　　　Defendants. | Civil File No. 18-cv-886 (DWF/DTS)<br><br><br><br>**NOTICE OF APPEARANCE OF<br>IAN M. WELSH** |

To:　Plaintiff James Irving Dale, 1918 Park Avenue, Minneapolis, MN 55404, *Pro Se*

　　　PLEASE TAKE NOTICE that Assistant Attorney General Ian M. Welsh enters his appearance as counsel for Defendants Tom Roy, Nola Karow, Kathryn Halvorson, Michelle Jaeckels, Jeffrey Haffely, Martin Dahlen, David Paulson, Ann Blanchard, Heather Hanson, and Jason Ottman, in their official capacities (collectively "State Defendants") in the above-captioned matter.  All pleadings, orders, notices, and other documents in this matter should be directed to the undersigned.

Dated:  June 25, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

**s/ Ian M. Welsh**
IAN M. WELSH
Assistant Attorney General
Atty. Reg. No. 0396287

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1018 (Voice)
(651) 296-1410 (TTY)
ian.welsh@ag.state.mn.us

*ATTORNEY FOR STATE DEFENDANTS, IN THEIR OFFICIAL CAPACITIES*