UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale, | Civil File No. 18-cv-886 (DWF/DTS) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Tom Roy, et al., | |
| Defendants. | |

TO: PLAINTIFF James Irving Dale, 1918 Park Avenue, Minneapolis, MN 55404.

PLEASE TAKE NOTICE that the undersigned attorney enters her appearance as counsel for State Defendants Tom Roy, Kathryn Halvorson, Nola Karow, Nanette Larson, Michelle Jaeckels, Jeff Haffely, (first name unknown) Dahlen, David A. Paulson, (first name unknown) Blanchard, and Heather Hanson. All pleadings, orders, notices, and other documents should be directed to the undersigned.

Dated: July 18, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ **Kathryn A. Fodness**
Kathryn A. Fodness
Assistant Attorney General
Atty. Reg. No. 0392184

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 757-1348
Fax: (651) 282-5832
kathryn.fodness@ag.state.mn.us

Attorney for State Defendants, in their official and individual capacities