UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Tom Roy, et al.,<br><br>　　　　Defendants. | Civil File No.:  18-cv-886 (DWF/DTS)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Gregory S. Otsuka and Jonathan D. Jay of the law firm of Hellmuth & Johnson, PLLC, shall appear as counsel of record for Defendant Anagram International in this case.

Dated:  July 20, 2018　　　　HELLMUTH & JOHNSON, PLLC

　　　　　　　　　　　　　　By:  /s/Gregory S. Otsuka
　　　　　　　　　　　　　　　　Gregory S. Otsuka (#0397873)
　　　　　　　　　　　　　　　　Jonathan D. Jay (#18603X)
　　　　　　　　　　　　　　　　8050 West 78th Street
　　　　　　　　　　　　　　　　Edina, MN 55439
　　　　　　　　　　　　　　　　Telephone: 952-941-4005
　　　　　　　　　　　　　　　　gotsuka@hjlawfirm.com
　　　　　　　　　　　　　　　　jjay@hjlawfirm.com

　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　ANAGRAM INTERNATIONAL