UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale,<br><br>    Plaintiff,<br><br>vs.<br><br>Tom Roy, et al.,<br><br>    Defendants. | Civil File No.: 18-cv-886 (DWF/DTS)<br><br>**RULE 7.1-CORPORATE DISCLOSURE STATEMENT** |

Defendant Anagram International makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Anagram International have a parent corporation?

   ☒ Yes      ☐ No

   If yes, the parent company is:   Party City Holdings, Inc.

2. Is 10% or more of the stock of Anagram International owned by a publicly held corporation?

   ☐ Yes      ☒ No

   If yes, the parent company is: _____

Dated: July 20, 2018      HELLMUTH & JOHNSON, PLLC

    By: /s/Gregory S. Otsuka
        Gregory S. Otsuka (#0397873)
        Jonathan D. Jay (#18603X)
        8050 West 78th Street
        Edina, MN 55439
        Telephone: 952-941-4005
        gotsuka@hjlawfirm.com
        jjay@hjlawfirm.com

    ATTORNEYS FOR DEFENDANT
    ANAGRAM INTERNATIONAL