UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale, | Civil File No. 18-cv-886 (DWF/DTS) |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS** |
| Tom Roy, et al., | |
| Defendants. | |

TO: Plaintiff James Dale, *pro se*.

State Defendants Tom Roy, Kathryn Halvorson, Nola Karow, Nanette Larson, Michelle Jaeckles, Jeffrey Haffley, Martin Dahlen, David Paulson, Ann Blanchard, Heather Hanson, and Jason Ottman hereby move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), for an Order dismissing Plaintiff's Complaint with prejudice.

This Motion is based upon all files, records, and proceedings herein, to include the State Defendants' Memorandum of Law in Support of Their Motion to Dismiss and documents filed in support thereof.

Dated:  August 1, 2018				OFFICE OF THE ATTORNEY GENERAL
						State of Minnesota


						s/ Kathryn A. Fodness
						KATHRYN A. FODNESS
						Assistant Attorney General
						Atty. Reg. No. 0392184

						445 Minnesota Street, Suite 1100
						St. Paul, Minnesota 55101-2128
						(651) 757-1348 (Voice)
						(651) 282-5832 (Fax)
						kathryn.fodness@ag.state.mn.us

						ATTORNEY FOR STATE DEFENDANTS