UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale, | Civil File No. 18-cv-886 (DWF/DTS) |
| Plaintiff, | |
| vs. | |
| Tom Roy, et al., | **STATE DEFENDANTS' MEET AND CONFER STATEMENT** |
| Defendants. | |

I, Kathryn A. Fodness, counsel for the above-captioned State Defendants in this matter do hereby certify that on August 1, 2018, I sent a letter to *pro se* Plaintiff James Dale regarding State Defendants' Motion to Dismiss and asked that he contact me to discuss resolution of State Defendants' motion to dismiss. I was unable to identify a working telephone number for Plaintiff. To date, the parties have not agreed on a resolution of any part of the motion.

Dated: August 1, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Kathryn A. Fodness
KATHRYN A. FODNESS
Assistant Attorney General
Atty. Reg. No. 0392184

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1348 (Voice)
(651) 282-5832 (Fax)
kathryn.fodness@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS