UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale, | Civil File No. 18-cv-886 (DWF/DTS) |
| Plaintiff, | |
| vs. | **STATEMENT THAT ENTIRE** |
| Tom Roy, et al., | **DOCUMENT IS CONFIDENTIAL OR IMPRACTICABLE TO REDACT** |
| Defendants. | |

State Defendants Tom Roy, Kathryn Halvorson, Nola Karow, Nanette Larson, Michelle Jaeckles, Jeffrey Haffely, Martin Dahlen, David Paulson, Ann Blanchard, Heather Hanson, and Jason Ottman in the above-captioned action have filed Exhibits A through J attached to the Declaration of Dan Ganin. The exhibits to this declaration contain private medical information regarding Plaintiff that is not public data.

*Signature on page 2*

2

Dated: August 1, 2018                    OFFICE OF THE ATTORNEY GENERAL
                                         State of Minnesota


                                         s/ Kathryn A. Fodness
                                         KATHRYN A. FODNESS
                                         Assistant Attorney General
                                         Atty. Reg. No. 0392184

                                         445 Minnesota Street, Suite 1100
                                         St. Paul, Minnesota 55101-2128
                                         (651) 757-1348 (Voice)
                                         (651) 296-1410 (TTY)
                                         kathryn.fodness@ag.state.mn.us

                                         ATTORNEY FOR STATE DEFENDANTS