UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES IRVING DALE,                                    CIVIL NO. 18-886 (DWF/DTS)

    Plaintiff,

v.                                                                              ORDER

TOM ROY,
KATHRYN HALVORSON,
NOLA KAROW,
NANETTE LARSON,
MICHELLE JAECKELS,
JEFFERY HAFFELY
DAHLEN, *f/n/u*,
CENTURION OF MINNESOTA L.L.C.,
DAVID A. PAULSON,
BLANCHARD, *f/n/u*,
DARRIN HAUGLAND,
DOCTOR FELT, *f/n/u*,
ANAGRAM INTERNATIONAL,
HEATHER HANSON,
OTTMAN, *f/n/u*,
UNKNOWN DEPARTMENT OF
CORRECTIONS EMPLOYEES,
UNKNOWN MINNCOR. EMPLOYEES,
UNKNOWN CENTURION OF MINNESOTA
L.L.C. EMPLOYEES and
UNKNOWN ANAGRAM
INTERNATIONAL EMPLOYEES,

    Defendants.

    The above matter came before the undersigned upon:

1.    State Defendants' Motion to Dismiss [Docket No. 21];

2.    Joinder of Defendants Centurion of Minnesota, LLC, Darin Haugland, P.T. and Jeffrey Felt, M.D. to the State Defendants' Motion to Dismiss [Docket No. 40]; and

3.    Plaintiff's Motion for a Continuance to Respond to the Defendant's Motion to Dismiss [Docket No. 44].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for a Continuance to Respond to the Defendant's Motion to Dismiss [Docket No. 44] is GRANTED as follows.

2. On or before **October 12, 2018**, Plaintiff shall serve and file a response to State Defendants' Motion to Dismiss [Docket No. 21] not to exceed 12,000 words.  See Local Rule 7.1(f) for the District of Minnesota.

3. On or before **October 12, 2018**, Plaintiff shall serve and file a response to the Joinder of Defendants Centurion of Minnesota, LLC, Darin Haugland, P.T. and Jeffrey Felt, M.D. to the State Defendants' Motion to Dismiss [Docket No. 40] not to exceed 12,000 words.  See Local Rule 7.1(f) for the District of Minnesota.

4. On or before **October 19, 2018,** State Defendants may serve and file a reply memorandum to their Motion to Dismiss [Docket No. 21], so long as the total word count for the original and reply memorandum does not exceed 12,000 words.  See Local Rule 7.1(f).

5. On or before **October 19, 2018,** Defendants Centurion of Minnesota, LLC, Darin Haugland, P.T. and Jeffrey Felt, M.D. may serve and file a reply memorandum to their Motion to Dismiss [Docket No. 40], so long as the total word count for the original and reply memorandum does not exceed 12,000 words.  See Local Rule 7.1(f).

6. The September 20, 2018 pretrial conference is CANCELED.  The pretrial conference will be rescheduled, if necessary, after a ruling has been issued on the Motions to Dismiss.

7. All documents shall be filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1 and 37.1.[1]

---

[1] If Plaintiff does not participate in the Court's Electronic Court Filing System ("ECF"), Plaintiff shall file his documents with the Clerk of Court's Office and the Clerk's Office will then scan and upload Plaintiff's documents to ECF.

8. When a response or reply brief is filed, one paper hard copy of the pleading and all supporting documents shall be mailed or delivered to Katherine Haagenson, Courtroom Deputy for Magistrate Judge David T. Schultz, 9E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, contemporaneously with the documents being posted on ECF.

9. All parties must serve their papers on the opposing counsel or the opposing party at the same time as the papers are filed with the Court.  If a party fails to serve their papers on the opposing counsel or the opposing party, the Court will not consider the contents of the papers filed with the Court.

10. The date documents are mailed shall be the date of service and filing.

11. There shall be no ex parte communications by any party or counsel with the Judge.  Therefore, any person seeking to communicate with the Judge in writing must copy the opposing party or counsel with any written communication to the Judge, and all oral communications with the Judge must include the opposing counsel or party.

12. Except as permitted by this Order, no further motions, pleadings or documents shall be filed until a ruling has been issued on the Motions to Dismiss [Docket Nos. 21 and 40].

13. On July 6, 2018, Plaintiff was referred by the Court to the FBA *Pro Se* Project [Docket No. 13].  Plaintiff is encouraged to contact Tiffany Sanders at 612-965-3711 or proseproject@q.com, to obtain assistance in finding counsel.

14. As Plaintiff is presently representing himself, he is reminded of the need to obtain and review a copy of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Plaintiff is also directed to the District of Minnesota's webpage: Representing Yourself (Pro Se) on its website.  This webpage contains a collection of resources designed to be of assistance to pro se filers. Resources include a Pro Se Civil Guidebook, glossary and answers to common pro se questions.

Dated: August 13, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge