UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale,<br><br>    Plaintiff,<br><br>vs.<br><br>Tom Roy, et al.,<br><br>    Defendants. | Civil File No.:  0:18-cv-00886 (DWF/DTS)<br><br>**DEFENDANT ANAGRAM INTERNATIONAL'S MEET AND CONFER STATEMENT** |

I, Gregory S. Otsuka, counsel for Defendant Anagram International ("Anagram") in this matter, do hereby certify that I spoke with Plaintiff James Irving Dale on August 15, 2018 regarding Anagram's Motion to Dismiss, but was unable to resolve the issues presented in the motion. To date, the parties have not agreed on a resolution of any part of the motion.

Dated:  August 17, 2018

HELLMUTH & JOHNSON

By: *s/ Gregory S. Otsuka*
    Gregory S. Otsuka (#0397873)
    Jonathan D. Jay (#18603X)
    8050 West 78th Street
    Edina, MN 55439
    Telephone: 952-941-4005
    gotsuka@hjlawfirm.com
    jjay@hjlawfirm.com

ATTORNEYS FOR DEFENDANT
ANAGRAM INTERNATIONAL