UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES IRVING DALE,　　　　　　　　　　　　CIVIL NO. 18-886 (DWF/DTS)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　ORDER

TOM ROY,
KATHRYN HALVORSON,
NOLA KAROW,
NANETTE LARSON,
MICHELLE JAECKELS,
JEFFERY HAFFELY
DAHLEN, *f/n/u*,
CENTURION OF MINNESOTA L.L.C.,
DAVID A. PAULSON,
BLANCHARD, *f/n/u*,
DARRIN HAUGLAND,
DOCTOR FELT, *f/n/u*,
ANAGRAM INTERNATIONAL,
HEATHER HANSON,
OTTMAN, *f/n/u*,
UNKNOWN DEPARTMENT OF
CORRECTIONS EMPLOYEES,
UNKNOWN MINNCOR. EMPLOYEES,
UNKNOWN CENTURION OF MINNESOTA
L.L.C. EMPLOYEES and
UNKNOWN ANAGRAM
INTERNATIONAL EMPLOYEES,

　　　　Defendants.

　　　　The above matter came before the undersigned upon Defendant Anagram International's Motion to Dismiss [Docket No. 50].  The Court will adopt the same briefing schedule as ordered on August 13, 2018 with regard to the State Defendants' Motion to Dismiss and the Joinder of Defendants Centurion of Minnesota's Motion to Dismiss [Docket No. 48].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED:

1. On or before **October 12, 2018**, Plaintiff shall serve and file a response to Defendant Anagram International's Motion to Dismiss [Docket No. 50] not to exceed 12,000 words. See Local Rule 7.1(f) for the District of Minnesota.

2. On or before **October 19, 2018,** Defendant Anagram International may serve and file a reply memorandum to their Motion to Dismiss so long as the total word count for the original and reply memorandum does not exceed 12,000 words. See Local Rule 7.1(f).

3. All documents shall be filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1 and 37.1.[1]

4. When a response or reply brief is filed, one paper hard copy of the pleading and all supporting documents shall be mailed or delivered to Katherine Haagenson, Courtroom Deputy for Magistrate Judge David T. Schultz, 9E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, contemporaneously with the documents being posted on ECF.

5. All parties must serve their papers on the opposing counsel or the opposing party at the same time as the papers are filed with the Court. If a party fails to serve their papers on the opposing counsel or the opposing party, the Court will not consider the contents of the papers filed with the Court.

6. The date documents are mailed shall be the date of service and filing.

7. There shall be no ex parte communications by any party or counsel with the Judge. Therefore, any person seeking to communicate with the Judge in writing must copy the opposing party or counsel with any written communication to the Judge, and all oral communications with the Judge must include the opposing counsel or party.

---

[1] If Plaintiff does not participate in the Court's Electronic Court Filing System ("ECF"), Plaintiff shall file his documents with the Clerk of Court's Office and the Clerk's Office will then scan and upload Plaintiff's documents to ECF.

8. Except as permitted by this Order, or ordered by the Court, no further motions, pleadings or documents shall be filed until a ruling has been issued on the Motions to Dismiss.

Dated: August 20, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge