UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Irving Dale,                              Civil File No. 18-cv-886 (DWF/DTS)

           Plaintiff,

v.

Tom Roy, Kathryn Halvorson, Nola Karow, Nanette Larson, Michelle Jaeckels, Jeffrey, Haffely, Dahlen (First Name Unknown), Centurion Of Minnesota L.L.C., David A. Paulson, Blanchard (First Name Unknown), Darrin Haugland, Doctor Felt (First Name Unknown), Anagram International, Heather Hanson, Ottman (First Name Unknown), Unknown Department Of Corrections Employees, Unknown MINNCOR Employees, Unknown Centurion Of Minnesota LLC Employees, Unknown Anagram International Employees,             **NOTICE OF WITHDRAWAL OF APPEARANCE OF IAN M. WELSH**

           Defendants.

To:     Plaintiff James Irving Dale, 1918 Park Avenue, Minneapolis, MN 55404, *Pro Se*

       Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that Ian M. Welsh requests withdrawal from the case. Assistant Attorney General Kathryn Fodness, listed as co-counsel, will be attorney of record for State Defendants.

Dated:  August 20, 2018    OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

**s/ Ian M. Welsh**
IAN M. WELSH
Assistant Attorney General
Atty. Reg. No. 0396287

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1018 (Voice)
(651) 296-1410 (TTY)
ian.welsh@ag.state.mn.us

*ATTORNEY FOR STATE DEFENDANTS*