# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tom Roy, et al.,<br><br>　　　　　Defendants. | Civil No. 18-cv-886-DWF-DTS<br><br>**NOTICE OF APPEARANCE OF DANIEL E. GUSTAFSON** |

The undersigned attorney hereby notifies the Court and counsel that Daniel E. Gustafson, of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiff James Irving Dale in this matter.

Dated:   September 19, 2018        Respectfully submitted,

　　　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**

　　　　　　　　　　　　　　　　　　*s/Daniel E. Gustafson*
　　　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　　　Ling S. Wang (#0399447)
　　　　　　　　　　　　　　　　　　120 South 6th Street, Suite 2600
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone: (612) 333-8844
　　　　　　　　　　　　　　　　　　E-mail: dgustafson@gustafsongluek.com
　　　　　　　　　　　　　　　　　　lwang@gustafsongluek.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*