# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale, | Civil No. 18-cv-886-DWF-DTS |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF LING S. WANG |
| Tom Roy, et al., | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that Ling S. Wang, of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiff James Irving Dale in this matter.

Dated: September 19, 2018

Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

*s/Ling S. Wang*
Daniel E. Gustafson (#202241)
Ling S. Wang (#0399447)
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail: dgustafson@gustafsongluek.com
lwang@gustafsongluek.com

*Counsel for Plaintiff*