## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Irving Dale,                                    Civil No.:  18-cv-00886 (DWF/DTS)

        Plaintiff,

vs.                                                    **CERTIFICATE OF SERVICE FOR
                                                        SERVICE BY MAIL**

Tom Roy, et al.,

        Defendants.

I hereby certify that on October 19, 2018, I caused the following document:

**REPLY IN SUPPORT OF JOINDER OF DEFENDANTS CENTURION OF MINNESOTA, LLC, DARIN HAUGLAND, P.T., AND JEFFREY FELT, M.D. TO THE STATE DEFENDANTS' MOTION TO DISMISS** [Dkt. 73]

to be filed with the Clerk of Court through ECF and that on October 19, 2018, I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

James Irving Dale
1918 Park Avenue
Minneapolis, MN 55404

**LARSON • KING, LLP**

By: s/Anthony J. Novak
Mark A. Solheim (213226)
Anthony J. Novak (351106)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
tnovak@larsonking.com

*Attorney for Defendants Centurion of Minnesota, LLC, Darin Haugland, P.T., and Jeffrey Felt, M.D.*