UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Irving Dale,<br><br>   Plaintiff,<br><br>vs.<br><br>Tom Roy, et al.,<br><br>   Defendants. | Civil File No. 18-cv-886 (NEB/DTS)<br><br>**WITHDRAWAL OF STATE DEFENDANTS' MOTION TO DISMISS** |

State Defendants Tom Roy and Kathryn Halvorson ("State Defendants") hereby withdraw their pending motion to dismiss Plaintiff's Amended Complaint (Docket No. 89) without prejudice. State Defendants reserve their right to refile the motion to dismiss.

Dated:  May 17, 2019

KEITH ELLISON
Attorney General
State of Minnesota

s/ Hillary A. Taylor
HILLARY A. TAYLOR
Assistant Attorney General
Atty. Reg. No. 0398557

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1177 (Voice)
(651) 282-5832 (Fax)
hillary.taylor@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS

|#4490417-v1