

# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

**KEITH ELLISON**
ATTORNEY GENERAL

June 3, 2019

The Honorable David T. Schultz
Magistrate Judge, District of Minnesota
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

> **Re:** *James Irving Dale v. Tom Roy, et al.*
> **Court File No. 18-cv-0886 (NEB/DTS)**

Dear Magistrate Judge Schultz:

I am writing regarding the Settlement Conference set in the above-entitled matter for July 22, 2019, pursuant to the Court's Amended Order for Settlement Conference on May 20, 2019.  (Doc. 108.)  I am writing to request that the individually-named State Defendants Tom Roy, the former Commissioner of the Minnesota Department of Corrections ("DOC"), former medical director David Paulson, M.D., Kathryn Halvorson, Nola Karow, Ann Blanchard, and Nanette Larson (collectively "State Defendants") be excused from attending the Settlement Conference.

None of the State Defendants have settlement authority in this matter.  The State Defendants have been indemnified by the DOC, as disclosed in the parties' Joint Rule 26(f) Report (Doc. 95).  The indemnification and certification of State employees for representation in civil suits is governed by the Tort Claims Act, Minnesota Statutes § 3.736.  The Tort Claims Act provides that State employees who are named defendants in civil suits are entitled to defense and indemnification, which includes attorney representation and reimbursement of the amount of any costs, fines, judgments or settlements in a case.  Minn. Stat. § 3.736, subd. 9.

Party representatives with full settlement authority from the DOC will be in attendance at the Settlement Conference.  Plaintiff does not object to the individually-named State Defendants not attending the settlement conference as long as party representatives with full settlement authority from the DOC will be in attendance.

The Honorable David T. Schultz
Magistrate Judge, District of Minnesota
June 3, 2019
Page 2

Sincerely,

s/ Hillary A. Taylor

HILLARY A. TAYLOR
Assistant Attorney General

(651) 757-1177 (Voice)
(651) 282-5832 (Fax)
hillary.taylor@ag.state.mn.us

*Attorney for State Defendants*